IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEFFREY THOMAS, JR., *et al.*,
 Plaintiffs,

v.                                                        Civil No. 3:22cv427 (DJN)

SUSAN BEALS *et al.*,
 Defendants.

## ORDER
**(Denying Motion for Sanctions)**

This matter comes before the Court on Plaintiffs' Motion for Sanctions (ECF No. 22), moving the Court for sanctions against Defendants for refusing to stipulate to certain facts. Plaintiffs' Motion fails to comply with the requirements for a motion for sanctions under Federal Rule of Civil Procedure 11(c)(2) and Local Civil Rule 37(E). Additionally, the Court has reviewed the Motion and finds that it lacks merit, as Defendants have not engaged in sanctionable conduct. Accordingly, Plaintiffs' Motion (ECF No. 22) is hereby DENIED.

Let the Clerk file a copy of this Order electronically, notify all counsel of record and forward a copy to *pro se* Plaintiffs at their addresses of record.

It is so ORDERED.

                                                                                    /s/
                                                                               David J. Novak
                                                                               United States District Judge

Richmond, Virginia
Dated: June 28, 2022