**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| Jeffrey Thomas Jr., et al., | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:22-cv-427 |
| | ) |
| Susan Beals, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, by counsel, respectfully submit this Notice of Supplemental Authority[1] to advise the Court of the United States Court of Appeals for the Fourth Circuit's opinion in *Goldman v. Brink*, Nos. 21-2180, 22-1682 (4th Cir. July. 21, 2022), attached as **Exhibit A**.

The Fourth Circuit held that the "three-judge district court properly ruled that Goldman does not possess the Article III standing to sue that is required to pursue [his] civil action." Exhibit A at 6. The Fourth Circuit further held Goldman's lack of standing rendered defendants' appeal of the sovereign immunity ruling moot, and accordingly vacated the district court's order denying in part defendants' motion to dismiss on sovereign immunity grounds. *Id.* at 7.

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court explicitly provide for the filing of supplemental authorities. But notices of supplemental authority that "contain no legal argument and alert the Court to a case that was unavailable at the time of pleading" are "common practice." *Ashghari-Kamrani v. United States Auto. Ass'n*, 2016 WL 8253884, at *2 (E.D. Va. Mar. 18, 2016); see also *Mawyer v. Atlantic Union Bank*, 2022 WL 1049311, at *7 n.8 (E.D. Va. Apr. 7, 2022) (Novak, J.) (considering a notice of supplemental authority).

Dated: July 22, 2022

Respectfully submitted,

SUSAN BEALS
ROBERT H. BRINK
VIRGINIA DEPARTMENT OF ELECTIONS

By:  _/s/ Andrew N. Ferguson_
     Andrew N. Ferguson (VSB #86583)
     *Solicitor General*

Jason S. Miyares
    *Attorney General*

Charles H. Slemp III (VSB #79742)
    *Chief Deputy Attorney General*

Steven G. Popps (VSB #80817)
    *Deputy Attorney General*

Erika L. Maley (VSB #97533)
    *Principal Deputy Solicitor General*

Kevin M. Gallagher (VSB #87548)
Graham K. Bryant (VSB #90592)
    *Deputy Solicitors General*

Rohiniyurie Tashima (VSB #97248)
    *John Marshall Fellow*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
AFerguson@oag.state.va.us

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that on July 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. A true copy was also sent, via email pursuant to an agreement between the parties, to:

Jeffrey Thomas, Jr.
301 Virginia St. Unit 1514
Richmond, VA 23219

Michelle C. Thomas
43720 Red House Drive
Landsdowne, VA 20176

Phillip E. Thompson
43709 Mahogany Run Court
Leesburg, VA 20176

*Pro se Plaintiffs*

　　　　　　　　　 */s/ Andrew N. Ferguson*
　　　　　　　　　Andrew N. Ferguson (VSB #86583)
　　　　　　　　　　　*Counsel for Defendants*