IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEFFREY THOMAS, JR., *et al.*,
Pro se Plaintiffs,

v.  Civil No. 3:22cv427 (DJN)

SUSAN BEALS *et al.*,
Defendants.

## ORDER
### (Granting Motion to Dismiss)

This matter comes before the Court on Defendants' Motion to Dismiss the Amended Complaint (ECF No. 24), moving to dismiss Plaintiffs' Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). For the reasons stated in the accompanying Memorandum Opinion, and pursuant to Federal Rule of Civil Procedure 12(b)(1), the Court hereby GRANTS Defendants' Motion (ECF No. 24) for lack of jurisdiction. This case is hereby DISMISSED WITHOUT PREJUDICE.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record and *pro se* Plaintiffs.

It is so ORDERED.

/s/
David J. Novak
United States District Judge,

Richmond, Virginia
Date: August 1, 2022